UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY D. DULLEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:10-cv-719-SEB-DKL ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

The court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Kimberly D. Dullen was not entitled to Supplemental Security Income based on her application filed on September 10, 2003 is AFFIRMED.

Date: ___09/30/2011_____

_Sarah Evans Barker_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com